IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER PAUL CONLIN )
)
Plaintiff, ) Civil No.
)
EXPERIAN CORPORATION )
EQUIFAX CORPORATION )
TRANS UNION CORPORATION )

## PLAINTIFFS MOTION TO PROCEED IN PRO SE

Now comes the Plaintiff and states he is indigent. Pursuant to the Federal Rules of Civil Procedure the Plaintiff asks the court to allow this motion.

Respectfully Submitted

*Christopher Paul Conlin* (signature)

Christopher Paul Conlin
3 Lynn Street
Fitchburg, Massachusetts 01420
Telephone (978)-343-3945

# Form 1040 — U.S. Individual Income Tax Return 2003

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20__    OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: **Christopher**
- Last name: **Conlin**
- Your social security number: **087 50 4686**
- If a joint return, spouse's first name and initial: 
- Last name: 
- Spouse's social security number:
- Home address (number and street). If you have a P.O. box, see page 19. Apt. no.: **3 Lynn St**
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: **Fitchburg MA 01420**

▲ **Important!** ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.) — Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? You ☐ Yes ☒ No  Spouse ☐ Yes ☐ No

**Filing Status** — Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**
- 6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
- b ☐ Spouse
- c Dependents:
  | (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
  |---|---|---|---|
  | | | | ☐ |
  | | | | ☐ |
  | | | | ☐ |
  | | | | ☐ |
- d Total number of exemptions claimed

If more than five dependents, see page 21.

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 0 |
| 8a | Taxable interest. Attach Schedule B if required | 0 |
| b | Tax-exempt interest. Do not include on line 8a | 0 |
| 9a | Ordinary dividends. Attach Schedule B if required | 0 |
| b | Qualified dividends (see page 23) | 0 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 0 |
| 11 | Alimony received | 0 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 0 |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 0 |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 0 |
| 15a | IRA distributions — 0    b Taxable amount (see page 25) | 0 |
| 16a | Pensions and annuities — 0    b Taxable amount (see page 25) | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 0 |
| 18 | Farm income or (loss). Attach Schedule F | 0 |
| 19 | Unemployment compensation | 0 |
| 20a | Social security benefits — 0    b Taxable amount (see page 27) | 0 |
| 21 | Other income. List type and amount (see page 27) | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 0 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | 0 |
| 24 | IRA deduction (see page 29) | 0 |
| 25 | Student loan interest deduction (see page 31) | 0 |
| 26 | Tuition and fees deduction (see page 32) | 0 |
| 27 | Moving expenses. Attach Form 3903 | 0 |
| 28 | One-half of self-employment tax. Attach Schedule SE | 0 |
| 29 | Self-employed health insurance deduction (see page 33) | 0 |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 0 |
| 31 | Penalty on early withdrawal of savings | 0 |
| 32a | Alimony paid  b Recipient's SSN ▶ | 0 |
| 33 | Add lines 23 through 32a | 0 |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.    Cat. No. 11320B    Form **1040** (2003)

---

*I Cetify this is a true copy of my 2003 Tax return*
*Christopher Paul Conlin*    Dec 3, 2004