IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CHRISTOPHER PAUL CONLIN )
)
)
)
Plaintiff, )
)
V. ) **Civil Action No.**
)
EQUIFAX CORPORATION )
EXPERIAN CORPORATION )
TRANS UNION CORPORATION )
)
Defendants.

COMPLAINT

Parties

1.) The Plaintiff is a resident of Fitchburg, Northern Worcester County, Massachusetts and a citizen of the United States.

2.) The Defendant Equifax Corporation is a business in Atlanta, Georgia and a Corporation in the United States.

3.) The Defendant Experian Corporation is a business in Allen, Texas and a Corporation in the United States.

4) The Defendant Trans Union Corporation is a business in Chester, Pennsylvania and a Corporation in the United States.

(2)

## Jurisdiction

5.) This court has jurisdiction over this matter pursuant to 28 U.S.C 1332.

## Facts

6.) On August 2nd 1996 the Plaintiff payed the IRS a sum of six thousand four hundred and twenty one dollars ($6,421.00). Finally after a very long period of waiting the Plaintiff received a "Certificate of Release," marked exhibit (A), IRS Form 668 (Z) titled "Certificate of Release of Federal Tax Lien." This release showing the tax lien has been payed in full, on " 02nd day of August 1996!"

7.) The Plaintiff was certain once he payed his federal tax lien the derogatory information pertaining to this tax lien would be removed from his credit report. Some years later in fact in two thousand four the Plaintiff applied for a credit card and was refused credit. The Plaintiff then checked his credit report and found a multitude in fact a myriad of incorrect and derogatory information including the **_Payed Tax Lien_** on his credit report with the above captioned Defendants. The Plaintiff now lists in count 8 the following factual incorrect credit data!

(3)

8.) The Plaintiff states that at no time has he ever been aware of or had the following: credit accounts, creditors or credit lines with the following companies:  1.)  **_Cross Country Banks INC_**  #   4227 0970 9390, 2.) **_VZW NE_** # 10227064000000   3.) **_AM COLL SYS_**   #   1146771   4.) **_COLLECTION_**   #   132983556     5.) **_RCN_** # 13070050   6.) **_CROSS COUNTRY BANKS INC_**   # 4227 0970 9325   7.) **_WFFINANCIAL_**   #  107100104633699.

9.) The Plaintiff tryed calling the Defendants on the phone which produced no results. Then Plaintiff then tryed sending the Tax Release Certificate to the Defendants along with inquiries as to the other above mentioned credit issues. The Plaintiff now draws the courts attention to Exhibits: **A, 1, 2, 3, 4, 5**, and **6** to substantiate the above referenced issues. The Plaintiff has repeatedly tryed to solve the problem on his own! All to no avail!

10.) The Plaintiff Finally certifies in count ten that his credit report is permanently damaged and that the Defendents behavior in this matter has been: unfair, arbitrary, and capricious. In fact the above captioned Defendants have never sent the Plaintiff a copy of his credit report nor his credit score!

(4)

The Plaintiff states he is a disabled Veteran and his reputation and good credit is now tarnished! The Plaintiff is committed to working with the Defendants in having the above mentioned credit issues permanently **_"EXPUNGED"_** from his credit report, and to receive his updated credit score! Wherefore the Plaintiff asks this court to award him **_"ONE MILLION DOLLARS"_** ( $ 1000000.00) in damages and to order the Defendants Equifax, Experian and Trans Union Corporations to permanently **_"EXPUNGE"_** all derogatory information from his credit report and any other relief this court may deem proper and just and to be allowed to produce any new evidence, state judgements or material in relation to the above captioned matter! Trial by jury is requested.

Respectfully Submitted

Christopher Paul Conlin
3 Lynn Street Apartment 2/F
Fitchburg, Massachusetts 01420
Phone & Fax (978)-343-3945

| Form 668 (Z) (Rev. 10-2000) | 1551 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (212) 719-8239 | | Serial Number 139520004 | For Use by Recording Office |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___October 17___ ___1995___, is authorized to note the books to show the release of this lien for these taxes and additions.

EXHIBIT "A"

**Name of Taxpayer**
CHRISTOPHER PAUL CONLIN

**Residence** 37 BROADWAY
PLEASANTVILLE, NY 10570-1701

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | 58294 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1987 | 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 | 07/16/1990 | 08/15/2000 | 607.64 |
| 1040 | 12/31/1988 | 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 | 05/04/1992 | 06/03/2002 | 3778.40 |
| 1040 | 12/31/1991 | 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 | 05/04/1992 | 06/03/2002 | 2035.36 |

Place of Filing
County Clerk
Westchester County
White Plains, NY 10601

Total $ 6421.40

This notice was prepared and signed at ___NEW YORK, NY___, on this,

the __02nd__ day of __August, 1996__.

Signature _(signed)_

Title Compliance Technical Support Manager

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Z) (Rev. 10-2000)
TOTAL P.03

EXHIBIT # 1

Experian Consumer Relations
PO Box 2002
Allen, TX 75013
1-888-397-3742

July 31, 2004

Christopher Paul Conlin File No. 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
3 Lynn Street
Fitchburg, Massachusetts 01420
Cell phone (603) 520-2367
E-mailchrcnl5@aol.com

## NOTICE OF DEMAND

### FINAL NOTICE

Dear Sir:

Please be advised I have currently filed a lawsuit In United States District Court against EXPERIAN for improperly reporting derogatory information on my credit report. Further I am seeking damages up to and including one million dollars.

This letter serves to advise you of this action. You will be served by the United States Marshall Service Shortly. I am open to any settlement proposals you may wish to offer at this time. Thank you for your attention in this matter.

The IRS Release Of Lien Certification is enclosed for your records. In other words I want you to remove this and all the other items I have marked off on the enclosed credit report immediately. Please note the items I have checked off are not me. Further Statute of Limitations applies to entries VZW NE # 10227064000000 and AM COLL SYS #11146771 HR BLOCK QUINCY, MASS.

(2)

Sincerely

*Christopher Paul Conlin*
Christopher Paul Conlin

RETURN RECEIPT #   7004 0550 0000 5021 6753   EXHIBIT MARKED D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 1-888-397-3742

   Experian Corporation
   PO Box 2002
   Allen, Texas
   75013-0036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] PRINT
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   R. Espi                        8/11/0?

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   must be Legally
   Signed & Dated

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 0550 0000 5021 6753

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

ALLEN, TX 75013

| | |
|---|---|
| Postage | $ 0.83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

UNIT ID: 0420
SEP 2004
Clerk: KV
Final Notice!

Sent To: Experian Corporation
Street, Apt. No.; or PO Box No.: PO Box 2002
City, State, ZIP+4: Allen, Texas 75013-0036

PS Form 3800, June 2002    See Reverse for Instructions

7004 0550 0000 5021 6753

>Experian Consumer Relations
>PO Box 2002
>Allen, TX 75013
>1-888-397-3742

July 31, 2004

Christopher Paul Conlin File No. 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
3 Lynn Street
Fitchburg, Massachusetts 01420
Cell phone (603) 520-2367
E-mail chrcnl5@aol.com

## NOTICE OF DEMAND

Dear Sir:

Please be advised I have currently filed a lawsuit In United States District Court against Trans-Union for improperly reporting derogatory information on my credit report. Further I am seeking damages up to and including one million dollars.

This letter serves to advise you of this action. You will be served by the United States Marshall Service Shortly. I am open to any settlement proposals you may wish to offer at this time. Thank you for your attention in this matter.

The IRS Release Of Lien Certification is enclosed for your records. In other words I want you to remove this and all the other items I have marked off on the enclosed credit report immediately.

Sincerely

*Christopher Paul Conlin*
Christopher Paul Conlin
RETURN RECEIPT #   7004 0550 0000 5019 3979   EXHIBIT MARKED C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   1-866-397-3742
   Experian Consumer Relations
   PO Box 2002
   Allen, TX 75013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 0550 0000 5019 3979

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

ALLEN, TX 75013

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0420 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | Clerk: KJTB84 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.65 | |

Sent To: Experian Consumer Relations
Street, Apt. No. or PO Box No.: PO Box 2002
City, State, ZIP+4: Allen, TX 75013

PS Form 3800, June 2002   See Reverse for Instructions

Trans Union Consumer Relations
PO Box 1000
Chester, PA 19022
Ph 1 800 888-4213

July 31, 2004

Christopher Paul Conlin File No. 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
3 Lynn Street
Fitchburg, Massachusetts 01420
Cell phone (603) 520-2367
E-mailchrcnl5@aol.com

## NOTICE OF DEMAND

Dear Sir:

Please be advised I have currently filed a lawsuit In United States District Court against Trans-Union for improperly reporting derogatory information on my credit report. Further I am seeking damages up to and including one million dollars.

This letter serves to advise you of this action. You will be served by the United States Marshall Service Shortly. I am open to any settlement proposals you may wish to offer at this time. Thank you for your attention in this matter.

The IRS Release Of Lien Certification is enclosed for your records. In other words I want you to remove this and all the other items I have marked off on the credit report immediately.

Sincerely

*[signature]*
Christopher Paul Conlin
RETURN RECEIPT #   7004 0550 0000 5020 7782   EXHIBIT MARKED A





7004 0550 0000 5020 7782

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

CRUM LYNNE, PA 19022

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0420 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KJTK24 08/07/04 |
| Total Postage & Fees | $ 4.65 | |

Sent To: Trans Union/Consumer Relns
Street, Apt. No.; or PO Box No. P O Box 1000
City, State, ZIP+4 Chester PA 19022

PS Form 3800, June 2002                See Reverse for Instructions

EXHIBIT # 4

                                             Equifax Consumer Relations
                                             PO Box 740241
                                             Atlanta, GA 30374
                                             1- 800-685-1111

July 31, 2004


Christopher Paul Conlin File No. 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
3 Lynn Street
Fitchburg, Massachusetts 01420
Cell phone (603) 520-2367
E-mailchrcnl5@aol.com

                        <u>NOTICE OF DEMAND</u>

Dear Sir:

Please be advised I have currently filed a lawsuit In United States District Court against EQUIFAX for improperly reporting derogatory information on my credit report. Further I am seeking damages up to and including one million dollars.

This letter serves to advise you of this action. You will be served by the United States Marshall Service Shortly. I am open to any settlement proposals you may wish to offer at this time. Thank you for your attention in this matter.

The IRS Release Of Lien Certification is enclosed for your records. In other words I want you to remove this and all the other items I have marked off on the enclosed credit report immediately.


Sincerely

*Christopher Paul Conlin* (signature)
Christopher Paul Conlin

RETURN RECEIPT #   <u>7004 0550 0000 5020 7812   EXHIBIT MARKED B</u>





Collection
30 Massachusetts Avenue
North Andover, Massachusetts 01845

August 8, 2004

Christopher Paul Conlin  File No. 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
3 Lynn Street
Fitchburg, Massachusetts 01420
Cell Phone 603-520-2367
Phone 978 343-7550
E-mail chrcnl5@aol.com

Dear Sir:

Please be advised that Dr. Lecerf was paid off over two years ago. Further I am including her phone number as 508-872-0110. Enclosed is a copy of my credit report. I strongly urge you to please remove this debt from my credit report effective immediately!

I would like to have you send me a release letter today! I plan to take legal action against you and to have you pay court costs and legal fees if this matter is not resolved by Tuesday at the latest. Thank you for your attention in this matter you may reach me at 978-343-7550 or by cell phone at 603-520-2367.

I am willing to work with you to resolve this matter. This bill was paid a long time ago.

Sincerely

Christopher Paul Conlin
Christopher Paul Conlin

978-682-3023 Terry King
Return Receipt # 7004 0550 0000 5016 8526

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   978-685-3023

   Collection
   30 Massachusetts Ave
   North Andover, MA
   01845

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /\/\/\
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 0550 0000 5016 8526

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

NORTH ANDOVER, MA 01845

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

UNIT ID: 0420
Clerk: KJT624
Postmark Here
08/07/04

Article Number: 7004 0550 0000 5016 8526

Sent To: Collection
Street, Apt. No.; or PO Box No.: 30 Massachusetts Ave
City, State, ZIP+4: North Andover MA 01845

PS Form 3800, June 2002    See Reverse for Instructions

CHRISTOPHER PAUL CONLIN
5 RIVERDALE RD
WELLESLEY, MA 02181

EXHIBIT (6)

SS#: 087504686
YEAR OF BIRTH: 1958

H+R Block PAID IN FULL $790
POSTAL RECEIPT ENCLOSED. UNDER PROTEST
NOT MY ACCOUNT

**Reinvestigation Request**
We will investigate any item you believe is inaccurate. Just a reminder, a credit report is a history of how accounts were paid; therefore, even a paid collection would not be deleted. Missed payments and most public record items remain on the credit report for seven years, except Chapter 7, 11 and 12 bankruptcies which remain for 10 years.
You may complete this form and mail it to the following address:

EXPERIAN, P O BOX 2106, ALLEN, TX 75013-2106
For faster service, please call us at 800.422.4879
Monday through Friday from 7:30 a.m. to 7 p.m. Central Standard Time.

We will contact the source of the information you questioned. When we complete our reinvestigation process we will send you an updated credit report. You will hear from us again within 30 days of receipt of your request.
For us to reinvestigate an item, we need all of the following information:

Social Security Number: 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

Company Name: H+R Block            Company Name: Cross Country Bank 93940 & 9525
Account #:                          Account #:
[X] Not my account  Cross Country   [ ] Not my account
      93906 9525    [ ] Never paid late   [ ] Never paid late
[ ] Included in bankruptcy [✓] Paid in full   [ ] Included in bankruptcy  [ ] Paid in full
Other: (please explain) RECEIPT ENCLOSED   Other: (please explain)

EXPERIAN PLEASE REMOVE THESE FROM
MY CREDIT REPORT PLEASE SEE ENCLOSED POSTAL MONEY ORDER.
AND ORIGINAL PAYED RECEIPTS
Company Name: WF FINANCIAL           Company Name:
  10100 764633644
Account #:                           Account #:
[ ] Not my account                   [ ] Not my account
[ ] Never paid late                  [ ] Never paid late
[ ] Included in bankruptcy [✓] Paid in full   [ ] Included in bankruptcy  [ ] Paid in full
[X] Other: (please explain)          Other: (please explain)
1) federal tax lien payed on 02ND August 1996, 2.) H+R Block
WAS PAYED 12/98 UNDER Protest Never had Account with them!

At your request, we will send the results of our reinvestigation to organizations who reviewed the credit report within the past six months (12 months for residents of CO, MD, NY and VT) or to employers who inquired within the past two years. Please indicate your choices.

3) Dr Lecer+ WAS PAYED IN 1997 for Dental Work Done
IN 1996!

Christopher Paul Conlin
M... 2 2002