```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

CHRISTOPHER PAUL CONLIN,     )
          Plaintiff,         )
                             )
     v.                      ) C.A. No. 04-12600-NMG
                             )
EXPERIAN CORPORATION, ET AL.,)
          Defendants.        )
```

MEMORANDUM AND ORDER

On December 17, 2004, this Court issued a Memorandum and Order directing Plaintiff Conlin to either pay the $150 filing fee or seek a waiver of the fee by submitting a fully completed Application to Proceed Without Prepayment of Fees. The Memorandum and Order further detailed potential jurisdictional deficiencies in the Plaintiff's Complaint, which alleged damages as a result of an erroneous credit report, and advised Plaintiff he could file an Amended Complaint.

Because Plaintiff has chosen to pay the filing fee in this action, this Court will allow this case to proceed, and directs the clerk to issue summonses to the Plaintiff, for service of process on the defendants.  For information regarding service of process, Plaintiff is directed to Rules 4, 4.1, and 5 of the Federal Rules of Civil Procedure, and Local Rule 4.1.  Since Plaintiff has not been found to be entitled to *in forma pauperis* status, Plaintiff shall bear all

costs of service of process.

|  |  |
|---|---|
| Dated: January 27, 2005 | /s/ Nathaniel M. Gorton<br>NATHANIEL M. GORTON<br>UNITED STATES DISTRICT JUDGE |