IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX CORPORATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | C.A. No: 04 12600 NMG |

**TRANS UNION LLC'S FED.R.CIV.P. 7.1(a)**
**CORPORATE DISCLOSURE STATEMENT**

Trans Union LLC, a non-governmental corporate party, is wholly owned by TransUnion Corp. No part of Trans Union LLC or TransUnion Corp. is publicly held.

Respectfully Submitted,

_____
MARDIC MARASHIAN
(BBO# 548607)
BONIN & MARASHIAN
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525; Fax: (617) 723-3163

*Of Counsel:*

Mark E. Kogan
Bruce S. Luckman
Christopher N. Jones
Timothy P. Creech
KOGAN, TRICHON,
 & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*
DATED:     January 26, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHRISTOPHER PAUL CONLIN, )
)
Plaintiff, )
)
v. )    C.A. No: 04  12600 NMG
)
EQUIFAX CORPORATION, *et al.*, )
)
Defendants. )
)

### CERTIFICATE OF SERVICE

Mardic Marashian, Esq., hereby certifies that he caused a true and correct copy of the foregoing Answer and Affirmative Defenses of Trans Union LLC and Trans Union LLC's Fed.R.Civ.P. 7.1(a) Corporate Disclosure Statement to be sent on this date, *via* U.S. Mail, postage prepaid, to the following:

Christopher Paul Conlin
3 Lynn Street, Apt. 2/F
Fitchburg, MA  01420

_____
MARDIC MARASHIAN

Dated:  January 26, 2005