IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX CORPORATION, *et al.*,<br><br>Defendants. | C.A. No: 04 12600 NMG |

## MOTION FOR ADMISSION PRO HAC VICE

Mardic Marashian, counsel for Trans Union LLC in this case and a member in good standing before this Court, hereby moves pursuant to Rule 83.5.3(b), of the Local Civil Rules for the United States District Court for the admission and appearance in this case of co-counsel, Bruce S. Luckman, *Pro Hac Vice*. Mr. Luckman is a member in good standing before the United States District Court for the Eastern District of Pennsylvania, District of Connecticut and the Eastern, Southern and Northern Districts of New York. In addition, he is of good moral character and professional reputation. An affidavit of Bruce S. Luckman in support hereof is attached hereto.

Respectfully submitted,
BONIN & MARASHIAN

_____
Mardic Marashian, BBO #548607
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525

Dated: 2/21/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                          )
CHRISTOPHER PAUL CONLIN,                  )
                                          )
                              Plaintiff,  )
                                          )
v.                                        )    C.A. No: 04 12600 NMG
                                          )
EQUIFAX CORPORATION, et al.,              )
                                          )
                              Defendants. )
                                          )
```

FILED
IN CLERK'S OFFICE

2005 FEB 24  A 10: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

## AFFIDAVIT OF BRUCE S. LUCKMAN IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn according to law, deposes and states the following:

1.  I am Bruce S. Luckman, a shareholder in the law firm of Kogan, Trichon & Wertheimer, P.C., in Philadelphia, Pennsylvania. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent defendant, Trans Union LLC ("Trans Union") in this lawsuit.

2.  I am admitted and licensed to practice law by the Commonwealth of Pennsylvania and the State of Connecticut and I am admitted before the United States Federal Courts for the Eastern District of Pennsylvania, District of Connecticut and the Eastern, Southern and Northern Districts of New York.

3.  Since my admission to these bars, I have been and remain a member in good standing thereof. I have never been sanctioned or disciplined by any Bar or State Supreme Court.

4.      I have read and am familiar with the rules of this court.

                                                        BRUCE S. LUCKMAN
                                                        KOGAN, TRICHON & WERTHEIMER, P.C.
                                                        1818 Market Street, 30th Floor
                                                        Philadelphia, PA 19103-3699
                                                        (215) 575-7600
                                                        (215) 575-7640 fax

SWORN TO AND SUBSCRIBED
before me this 16th day of
February, 2005.


_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE J. HUSLIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 3, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 FEB 24  A 10: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | )
|---|---|
| CHRISTOPHER PAUL CONLIN | ) |
| Plaintiff, | ) |
| | ) C.A. No: 04 12600 NMG |
| v. | ) |
| EQUIFAX CORPORATION, et al., | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Mardic Marashian, Attorney for the Defendant Trans Union LLC, hereby certify that a true copy of the following documents have been served by first class mail, postage prepaid on the Plaintiff, Christopher Paul Conlin, 3 Lynn Street, Apt. 2/F, Fitchburg, Massachusetts, 01420:

1. Motion for Admission Pro Hac Vice; and
2. Affidavit of Bruce S. Luckman in Support of Motion for Admission Pro Hac Vice.

DATED: February 24, 2005

Mardic Marashian, Esq. (BBO#548607)
BONIN & MARASHIAN
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525