IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EQUIFAX CORPORATION, )<br>EXPERIAN CORPORATION, )<br>TRANS UNION CORPORATION, ) | C.A. No: 04 12600 NMG |

## MOTION FOR THE ENLARGEMENT OF TIME

1.) Now comes the Plaintiff Christopher Paul Conlin, pursuant to the rules of Civil Procedure for this court, the Plaintiff requests an Enlargement of Time, for the period of two months from this date to allow him to work with the above mentioned Defendants in reviewing his credit reports and other data they have requested.

Respectfully Submitted

Christopher Paul Conlin
3 Lynn Street
Fitchburg, massachusetts 01420
(978)-343-4685
(603)-520-2367

Dated March 7, 2005