UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher Paul Conlin,                    CIVIL ACTION
        Plaintiff,
                                            NO. 04 12600 NMG
    V.

Equifax Corporation,
Experian Corporation,
TransUnion Corporation,
        Defendants.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, in pro per, hereby dismisses with prejudice Defendant Experian Information Solutions, Inc., misidentified in the complaint as Experian Corporation, in accordance with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Each party shall bear its own costs.

Dated this 7th day of July, 2005.

                                                        Christopher Paul Conlin