IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX CORPORATION, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No: 04 12600 NMG |

RECEIVED JUL 1 8 2005 BY:

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Christopher Paul Conlin, and Defendant, Trans Union LLC, misidentified as Trans Union Corporation, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice as against defendant Trans Union LLC. Each party hereto to bear its own costs and attorney's fees.

Respectfully submitted this __14__ day of __July__, 2005,

_____
Christopher P. Conlin
3 Lynn Street, 2F
Fitchburg, MA 01420
*Plaintiff pro se*

_____
Bruce S. Luckman
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699
(215) 575-7600/ 7688 - fax
*Counsel for Defendant, Trans Union LLC*

SO ORDERED:

_____
J.

My commission expires
April 14, 2008