UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 04-12600 NMG |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC's**
<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

COMES NOW, Defendant Equifax Information Services LLC, improperly identified in Plaintiff's Complaint as Equifax Corporation ("Equifax"), by Counsel, and hereby makes the following Disclosure Statement:

Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc. is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

This 26th day of July, 2005.

                                                       Respectfully submitted,

                                                       EQUIFAX INFORMATION
                                                       SERVICES LLC

                                                       By: <u>/s/ David B. Wilson</u>
                                                            David B. Wilson, Esq.
                                                             Robinson & Cole LLP
                                                             One Boston Place
                                                             Boston, MA 02108-4404
                                                             617-557-5900 Tel.

Of Counsel:
David A. Cox, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404-815-6500

BOST1-863870-1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC's RULE 7.1 DISCLOSURE STATEMENT by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

Christopher Paul Conlin
3 Lynn Street, Apt. 2 F
Fitchburg, Massachusetts 01420

*Plaintiff Pro Se*

Dated:  July 26, 2005

   /s/ David B. Wilson