# ROBINSON & COLE LLP

DAVID B. WILSON

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
dwilson@rc.com
Direct (617) 557-5933

Also admitted in New Hampshire

October 12, 2005

Civil Clerk's Office
U.S. District Court
One Courthouse Way, #2300
Boston, Massachusetts 02210

Re: **Conlin vs. Equifax Corporation et al.**
**U.S.D.C. Civil Action No. 1:04-CV-12600-NMG**

Dear Sir/Madam:

Robinson & Cole represents defendant Equifax Corporation in the above-referenced matter. Equifax has no claims against the remaining co-defendant Trans Union Corporation and has no objection to Trans Union's Rule 41 dismissal with prejudice. Please call me if you have any questions.

Very truly yours,

Dave Wilson

David B. Wilson
DBW:rh
Copy to: Christopher P. Conlin
David Cox
Christopher N. Jones
Bruce S. Luckman



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

WHITE PLAINS

NEW YORK CITY

SARASOTA

870206

www.rc.com