IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 04-12600 NMG |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff, Christopher Paul Conlin ("Conlin"), against Defendant Equifax Information Services LLC, misnamed herein as Equifax Corporation ("Equifax"), are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of Conlin against Equifax has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

ATLLIB01 2057665 1

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

Respectfully submitted this _____ day of _____, 2005.

By: _____
Christopher Paul Conlin
3 Lynn Street
Apartment 2 F
Fitchburg, MA 01420-5607

*Plaintiff Pro Se*

By: _____
David A. Cox - GA Bar No. 192381
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
(404) 541-4740 (fax)
*Attorneys for Equifax Information Services LLC*

ATLLIB01 2057665.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 04-12600 NMG |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to a written stipulation entered into between the Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Equifax are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

This ___ day of _____, 2005.

_____
Judge, United States District Court

ATLLIB01 2057665.1