IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER PAUL CONLIN, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 04-12600 NMG |
| v. | ) |
| EQUIFAX CORPORATION, | ) |
| Defendant. | ) |

## ORDER

Pursuant to a written stipulation entered into between the Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Equifax are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

This 8 day of November, 2005.

/s/ Nathaniel M. Gorton
United States District Judge

3

ATLLIB01 2057665.1