IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHRISTOPHER CONLIN
    PLAINTIFF

EXPERIAN
08 CV 1044 WGY
08CV11500WGY
12CV10721WGY

0412600 NMG
0440242FDS
0810450RGS    DEFENDANTS

**THE PLAINTIFFS MOTION TO REMOVE ALL THESE CASES FROM THE INTERNET**

**THE PLAINTIFF REQUESTS THE JUDGE TO REMOVE ALL THESE CASES FROM THE INTERNET BECAUSE HIS SOCIAL SECURITY NUMBER IS LISTED ON ALL THESE CASES.**

**THA PLAINTIFF IS A NAVY VETERAN AND HIS CREDIT AND FINACES ARE BEING COMPROMISED.**

SINCERELY

*[signature: Chris Conlin]*

CHRISTOPHER CONLIN
20 SWEEDEN STREET
BERLIN, NH 03588