# 1040

**U.S. Individual Income Tax Return** 2003

Home address (number and street). If you have a P.O. box, see page 19.

3 LYNN ST

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

Fifth bury   MA   01920

**Filing Status**

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly
3. ☐ Married filing separately

**Exemptions**

If more than five dependents, see page 21.

**Income**

Attach Form(s) W-2. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

I Cetify this is a true copy of my 2003 Tax return
Christopher Paul Conlin   Dec 3. 2004

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER PAUL CONLIN | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. |
| | ) | |
| EXPERIAN CORPORATION | ) | |
| EQUIFAX CORPORATION | ) | |
| TRANS UNION CORPORATION | ) | |
| | ) | |

## PLAINTIFFS MOTION TO PROCEED IN PRO SE

Now comes the Plaintiff and states he is indigent. Pursuant to the Federal
Rules of Civil Procedure the Plaintiff asks the court to allow this motion.

Christopher Paul Conlin
3 Lynn Street
Fitchburg, Massachusetts 01420
Telephone (978)-343-3945