Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Scr

conlin v equifax

**Web**

Images

Video

Shopping

Maps

Blogs

More

**Anytime**

Past day

Past week

Past month

Ad related to **conlin v equifax**

## Equifax® Official Site - Get Equifax® 3 Bureau Credit Score.
www.Equifax.com/OfficialSite
Trusted Credit Bureau Since 1899.
   Sign Up To See Scores Now    Compare Our Products
   Personal Solutions    Monitor Your FICO Score

See more ads for: conlin v ford motors, conlin v. bonta

## Conlin v. Equifax Corporation et al (mad/95486) - The RECAP ...
archive.recapthelaw.org/mad/95486   Cached
MOTION for Leave to Proceed in forma pauperis by Christopher Paul **Conlin**.(Jenness, Susan)

## Conlin v. Equifax Corporation et al :: Massachusetts District ...
www.plainsite.org/flashlight/case.html?id=213451   Cached
14: Filed: 10/17/2005, Entered: 10/18/2005: Stipulation of Dismissal: STIPULATION of Dismissal by Christopher Paul **Conlin Equifax** Corporation. (Attachments: # (1 ...
dockets.justia.com/docket/massachusetts/madce/1:2004cv...   Cached
P.I.: Other case filed on December 7, 2004 in the Massachusetts District Court

### David Bliss Wilson (Attorney)
www.plainsite.org/flashlight/attorney.html?id=68985   Cached
**Equifax** Information Services LLC. H. Healthy Pet Corporation ... **Conlin v. Equifax** Corporation et al: **Equifax** Corporation: Defendant: 11/1/2004: 1:04-cv-12316-WGY ...

## Conlin v. City of Des Moines, Iowa :: Justia Dockets & Filings
dockets.justia.com/docket/iowa/iasdce/4:2012cv00608/48978   Cached
**Conlin v.** City of Des Moines, Iowa Plaintiff: Roxanne **Conlin** and James **Conlin**: Defendant: City of Des Moines, Iowa : Case Number: 4:2012cv00608: Filed: December 18 ...

## gov.uscourts.mad.95486 : Free Download & Streaming : Internet ...
archive.org/details/gov.uscourts.mad.95486   Cached
**Conlin v. Equifax** Corporation et al: Court: mad: Date-case-filed: 2004-12-07: Date-case-terminated: 2005-11-08: Date-last-filing: 2005-11-08: Docket-num: 1:04-cv ...

## Annual Credit Report Request Form (PDF) - Consumer ...
www.consumer.ftc.gov/articles/pdf-0093-annual-report...
**Equifax** Experian TransUnion I want a credit report from (shade each that you would like to receive): Shade here if, for security reasons, you want your credit