

U.S. Department
of Transportation

**Maritime
Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

October 7, 1991

Mr. Christopher P. Conlin
5 Riverside Road
Wellesley, MA  02181

Dear Mr. Conlin:

We are pleased to approve your request for the U.S. Merchant Marine Expeditionary Medal for your service during Operations DESERT SHIELD/DESERT STORM.  Enclosed is your certificate for this award.

Unfortunately, the medal is not available at this time.  We are in the process of having the medals made for distribution by our authorized vendors.  As soon as the medal is ready, you will be notified.

Congratulations from all of us at the Maritime Administration and the U.S. Department of Transportation; we appreciate the job you did in the Persian Gulf.

Sincerely,

PATRICIA A. THOMAS
Office of Maritime Labor
& Training

Enclosure

