2014 JAN 29 P 1:52

TO JUDGE NATHANIAEL GORTON

FROM CHRISTOPHER CONLIN

DEAR SIR I AM A NAVY VETERAN THAT HAD A CASE TO REPAIR MY CREDIT A COUPLE OF YEARS AGO. SOME ONE HAS BEEN USING MY CREDIT BECAUSE ALLL MY PERSONEL INFORMATION HAS BEEN PUT ON LINE

CAN YOU PLEASE REMOVE ALL THESE CASES AND ALL MY PERSONEL INFORMATIOIN SUSAN JENNESS HAS PUT ON LINE

PLEASE CALL ME CHRIS CONIN 603 342 2014