conlin v equifax



Sign in

Web  News  Shopping  Images  Maps  More ▼  Search tools

About 1,710,000 results (0.40 seconds)

✓ **Conlin v. Equifax Corporation et al :: Massachusetts District Court ...**
www.plainsite.org/dockets/index.html?id=213451 ▼
Federal court case no. 1:04-cv-12600-NMG in the Massachusetts District Court District.

✓ **Conlin v. Equifax Corporation et al :: Justia Dockets & Filings**
dockets.justia.com › ... › Massachusetts › Massachusetts District Court ▼
Dec 7, 2004 - P.I.: Other case filed on December 7, 2004 in the Massachusetts District Court.

✓ **gov.uscourts.mad.95486 : Free Download & Streaming : Internet ...**
archive.org › ... › RECAP US Federal Court Documents ▼ Internet Archive ▼
Identifier: gov.uscourts.mad.95486. Case-name: Conlin v. Equifax Corporation et al. Court: mad. Date-case-filed: 2004-12-07. Date-case-terminated: 2005-11-08.

✓ **Conlin v. Equifax Corporation et al, 1:04-cv-12600, No. 4 (D.Mass ...**
https://www.docketalarm.com/cases/.../1.../Conlin_v._Equifax.../4/ ▼
Jan 27, 2005 - Read the filing Conlin v. Equifax Corporation et al, 1:04-cv-12600, No. 4 (D.Mass. Jan. 27, 2005) for Conlin v. Equifax Corporation et al .

✓ **Docket Alarm Docket Search - notice and (decision or order)**
https://www.docketalarm.com/search/dockets/?q=notice... ▼
Results 6984 - 6998 of 7827 - Conlin v. Equifax Corporation et al, 1:04-cv-12600, ... Sun Life Assurance Company of Canada (U.S.) v. Sygnator et al.

**PLEVIN – and – PARAGON PERSONAL FINANCE LIMITED & ANR ...**
legalbeagles.info/plevin-and-paragon-personal-finance-limited-anr-deco... ▼
Dec 16, 2013 - ... PARAGON PERSONAL FINANCE LIMITED & ANR // Conlon v Black ... Found wrongful default on callcredit only, not on equifax or Experian ...

**Older Posts - LegalBeagles.info**
legalbeagles.info/page/22/ ▼
02b Conlon v Black Horse Ltd [2012] EWHC B25 (Admin) (07 November 2012). Dec 13. By Admin · Smeaton v Equifax [2013] EWCA Civ 108. Category: Latest ...

**Christina Conlon profiles | LinkedIn**
www.linkedin.com/pub/dir/Christina/Conlon ▼
View the profiles of professionals named Christina Conlon on LinkedIn. There are 18 ... Current: Client Relationship Manager at Equifax Workforce Solutions.

[PDF] **Roxanne Conlin.pdf - The Iowa State Bar Association**
www.iabar.net/CLEINDEX2002.nsf/.../$FILE/Roxanne%20Conlin.pdf ▼
Des Moines, IA. Updated by Roxanne Barton Conlin January 24, 2002 .... V. LITIGATION COMPENSATORY DAMAGES IN SEXUAL ..... Equifax Credit Info.

[PDF] **UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA ...**
www.gpo.gov/.../USCOURTS-mnd-0_11-cv-... ▼ United States Governmen... ▼
Sep 10, 2013 - Samuel N. Edeh, Plaintiff, v. Equifax Information Services, LLC,. Defendant. Civil No. ... credit report that included the overdue balance, Equifax did not conduct a reasonable investigation into the ..... Conlon v. United States ...

Ads related to conlin v equifax

**Equifax® Official Site - Get Equifax® 3 Bureau Credit Score**
www.equifax.com/OfficialSite ▼
Try Now - Only $4.95 the 1st Month!
Get Your Credit Report - Identity Protection - Personal Solutions

**3 Bureau Report $9.95 - Includes All 3 Credit Reports**
www.creditscore.com/ ▼



U.S. Department
of Transportation

**Maritime
Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

October 7, 1991

Mr. Christopher P. Conlin
5 Riverside Road
Wellesley, MA  02181

Dear Mr. Conlin:

We are pleased to approve your request for the U.S. Merchant Marine Expeditionary Medal for your service during Operations DESERT SHIELD/DESERT STORM. Enclosed is your certificate for this award.

Unfortunately, the medal is not available at this time. We are in the process of having the medals made for distribution by our authorized vendors. As soon as the medal is ready, you will be notified.

Congratulations from all of us at the Maritime Administration and the U.S. Department of Transportation; we appreciate the job you did in the Persian Gulf.

Sincerely,

PATRICIA A. THOMAS
Office of Maritime Labor
& Training

Enclosure





**26TH MATERIEL MANAGEMENT CENTER**
*26TH (YANKEE) INFANTRY DIVISION*
MASSACHUSETTS ARMY NATIONAL GUARD
925 COMMONWEALTH AVENUE
BOSTON, MASSACHUSETTS 02215



9 August 85

SUBJECT: Letter of Recommendation

TO:   TO WHOM IT MAY CONCERN

1. Although SP4 Christopher Conlin has been with us at MMC for just a short time, this commander has been impressed with his performance. My first encounter with SP4 Conlin was at AT 85 (Fort Drum, N.Y.). He took the initiative to become our "wire" and "commo man" stating he had some experience in the Navy. He did an outstanding job!.

2. SP4 Conlin is hard working and has never shirked from his responsibilities. The undersigned recommends SP4 Christopher Conlin for the position he is applying and wishes him the best of luck in his endeavors.

*Gertrude L. McAdams*
GERTRUDE L. MC ADAMS
CPT, QM, MAARNG
Hq Sec Cdr